LOUIS G. POOLER, as Executor, etc., of LOUIS J. POOLER, Deceased, Appellant, v. DINERO REALTY CORPORATION and Others, Defendants, ISIDOR KLEIN and THOMAS M. RUSSELL, Receiver, Respondents.— Order reversed, with ten dollars costs and

disbursements to the appellant against respondent Isidor Klein, and the motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Mérrell, McAvoy, Martin and Sherman, JJ.